CONTINENTAL CASUALTY COMPANY, complainant-respondent,

*v.*

ANGELO LANZISERO et al., defendants-appellants.

[Decided October 9th, 1935.]

*Messrs. Solomon & Miller* (*Mr. Maximilian T. Rosenberg,* of counsel), for the appellant.

*Messrs. McCarter & English* (*Mr. Ward J. Herbert,* of counsel), for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion delivered by Vice-Chancellor Fielder in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 15.

*For reversal*—None.